Rankin, Appellant, *v.* Chester Redevelopment Authority.

Argued April 27, 1967. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

 reargument refused August 3, 1967.

*John H. Clark, Jr.*, with him *Seletz and Clark*, for appellant.

*Samuel M. Tollen*, for appellees.

*Philip A. McMunigal, Jr.*, City Solicitor, for City of Chester, appellee.

OPINION PER CURIAM, June 29, 1967:
Decree affirmed. Costs on the appellant.
Mr. Justice COHEN took no part in the consideration or decision of this case.